NIALL E. LYNCH (State Bar No. 157959)
NATHANAEL M. COUSINS (State Bar No. 177944)
MAY Y. LEE (State Bar No. 209366)
BRIGID S. BIERMANN (State Bar No. 231705)
CHARLES P. REICHMANN (State Bar No. 206699)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, California 94102
Telephone (415) 436-6660

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>IL UNG KIM;<br>YOUNG BAE RHA; and<br>GARY SWANSON,<br><br>　　　　　　Defendants. | No. CR-06-0692 PJH<br><br>**REVISED ORDER GRANTING LIMITED DISCLOSURE AND PROTECTION OF GRAND JURY MATERIALS** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-0692 PJH |
| Plaintiff. | **REVISED ORDER GRANTING LIMITED DISCLOSURE AND PROTECTION OF GRAND JURY MATERIALS** |
| vs. | |
| IL UNG KIM;<br>YOUNG BAE RHA; and<br>GARY SWANSON, | |
| Defendants. | |

The United States has moved, pursuant to FED.R.CRIM.P. 6(e)(3)(E)(i), for an order, preliminarily to or in connection with the trial in United States v. Il Ung Kim, et al. (CR-06-0692 PJH): (1) authorizing the limited disclosure of certain grand jury transcripts, reports of interviews, and documents to counsel for the parties and their experts, consultants, contractors, subcontractors, and agents, to assist in preparing the case for trial; (2) authorizing the limited disclosure of grand jury transcripts, report of interviews, and documents by all parties to prospective witnesses in preparation for trial; and (3) limiting the kind and extent of the disclosure.

Having considered the motion of the United States, the applicability of FED.R.CRIM.P. 6(e)(3)(E)(i), and the interests of the grand jury investigation, it is HEREBY ORDERED THAT:

REVISED ORDER GRANTING LIMITED DISCLOSURE AND
PROTECTION OF GRAND JURY MATERIALS – I.U. KIM, et al.

1. The attorneys for the United States may disclose to counsel for the defendants, preliminarily to or in connection with the trial, grand jury transcripts, reports of interviews, and documents that may be relevant to the charges in the case.

2. Except as permitted by FED.R.CRIM.P. 6(e), this Order, or some later order of this Court, counsel for the parties shall not disclose any transcripts, reports of interviews, documents or their contents that were produced under subpoena to the grand jury, to any person except that, for the sole purpose of preparing for trial:

 (a) counsel may use their knowledge of the transcripts, reports of interviews, and documents to interview prospective witnesses and to prepare for trial:

 (b) counsel may show or provide a prospective witness, and/or their counsel, documents, reports of interviews, and the witness' transcript;

 (c) defense counsel may show transcripts, reports of interviews, and documents to the Defendants; and

 (d) counsel may allow secretaries, clerical workers, paralegals, consultants, contractors, subcontractors, investigators, agents and experts retained to assist in the preparation of this case for trial (including litigation support and graphics production) to view transcripts, reports of interviews, and documents.

3. No person to whom transcripts, reports of interviews, and documents have been shown or their contents disclosed pursuant to Paragraphs 1 and 2 of this Order may discuss with, show, or otherwise disclose the contents thereof, except as permitted by FED.R.CRIM.P. 6(e) and this Order.

4. No notes or recorded notations of any kind that the Defendants, their counsel, their secretaries, clerical workers, paralegals, consultants, contractors, subcontractor, agents, and experts; or any consultant, contractor, subcontractor, agent, or expert retained by the United States may make relating to the contents of the grand jury transcripts, reports of interviews, or

ORDER GRANTING LIMITED DISCLOSURE AND
PROTECTION OF GRAND JURY MATERIALS – I.U. KIM, et al.

1  documents shall be shown to anyone except for the sole purpose of preparation for and trial of
2  the case.
3         5.      Nothing contained in this Order shall restrict or prevent any party from offering
4  any of the disclosed grand jury materials into evidence or citing those materials in court papers
5  filed in the case.
6         6.      Counsel for the Defendants shall make good faith efforts to promptly destroy or
7  return to the United States all grand jury transcripts, reports of interviews, and documents
8  provided pursuant to Paragraphs 1 and 2 of this Order, along with all copies of the transcripts,
9  reports of interviews, and documents, after the Defendants' case is disposed of by trial, appeal (if
10 any), or other resolution of the charges against the Defendants.
11        7.      The parties may apply to the Court for a modification of this Order at any time.
12        8.      Copies of this Order may be furnished to counsel for the Defendants and to those
13 to whom disclosure of grand jury material is made.
14        SO ORDERED this 30th day of November 2006.



27 ORDER GRANTING LIMITED DISCLOSURE AND
   PROTECTION OF GRAND JURY MATERIALS – I.U. KIM, et al.
28